699 A.2d 694

IN THE MATTER OF RICHARD D. CARUSO,
AN ATTORNEY AT LAW.

September 17, 1997.

## ORDER

The Disciplinary Review Board on April 29, 1997, having filed with the Court its decision concluding that **RICHARD D. CARUSO** of **BRICK**, who was admitted to the bar of this State in 1986,

should be reprimand for violating *RPC* 1.3 (lack of diligence) and *RPC* 3.2 (failure to expedite litigation), and that respondent practice under the supervision of a practicing attorney for a period of one year, and good cause appearing;

It is ORDERED that **RICHARD D. CARUSO** is hereby reprimanded; and it is further

ORDERED that respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of one year until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.